Center For Disability Access
Mark Potter, ESQ., SBN 166317
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; FAX (888) 422-5191

Attorney for Judgment Creditor

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felipe Antonio,<br>    Plaintiff,<br>v.<br>Enrique Z. Arias; et al.,<br>    Defendants. | Case 2:14-cv-00404-DDP-AGRx<br><br>Renewal of Judgment |

Upon review of the court files, the application for renewal of judgment, the declarations submitted in support of the renewal of judgment, it is Judgment is renewed for $10,567.63 in favor of plaintiff Felipe Antonio and against defendants Enrique Z. Arias, Luz Arias and Enrique David Arias.

1. where $6477.53 was awarded by court via Judgment entered on 5/24/2017.
2. where post judgment cost is $3,598.00.
3. where $492.10 is the interest amount calculated on judgment at 1.12% p.a., from the date Judgment was entered on 5/24/2017 to 3/18/2024.

Dated: April 15, 2024            By _____
                                 HONORABLE DEAN D. PREGERSON
                                 UNITED STATES DISTRICT JUDGE

1